[No. 7,242.—In Bank.]
Sept. 27, 1882.

## THOMAS UPTON v. DANIEL MEYER.

BILL OF LADING—FACTOR—BAILMENT—CONVERSION—PLEDGE—DRAFT—TRO-
VER—DEFENSE BY BAILEE.—The case of *J. H. Dodge* v. *Daniel Meyer*,
No. 7,241, decided Sept. 27, 1882, followed.   (See *supra.*)

APPEAL by defendant from a judgment in the District Court
of the Fifteenth Judicial District of the State of California

in and for the City and County of San Francisco, and from an order of the Superior Court of the same City and County denying a motion for a new trial. EVANS, J.

Action in the nature of trover for the conversion of wheat.

*Delos Lake* and *S. Rosenbaum*, for Appellant.

For the argument of counsel for appellant, see appellant's points and authorities in the case of *Dodge* v. *Meyer*, No. 7,241, *supra.*

*E. S. Pillsbury, A. W. Thompson* and *Robert S. Wade,* for Respondent.

For the argument of counsel for respondent, see respondent's points and authorities in the case of *Dodge* v. *Meyer,* No. 7,241, *supra.*

The COURT:

This cause is in all material points similar to *Dodge* v. *Meyer,* No. 7,241, *supra,* and on the authority of that case the judgment and order are affirmed as of July 1, 1882.

McKEE, J., dissented.